UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al., <br><br> Plaintiffs, <br> v. <br><br> CRESCENT MECHANICAL INC., et al., <br><br> Defendants, <br> v. <br><br> HERITAGE BANK, <br><br> Garnishee-Defendant. | CASE NO. 2:24-mc-00021-LK <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

    This matter comes before the Court on Plaintiffs' Amended Application for Writ of Garnishment. Dkt. Nos. 3–4. They seek a writ of garnishment for property which the Garnishee, Heritage Bank, is indebted to Defendant/Judgment Debtors, Crescent Mechanical, Inc., Guy Hamilton, and Nancy Hamilton, in amounts exceeding those exempted from garnishment by any state or federal law.

ORDER TO ISSUE WRIT OF GARNISHMENT - 1

The Court has reviewed the Amended Application for Writ of Garnishment, Dkt. No. 3, and the proposed Writ of Garnishment, Dkt. No. 1-2, along with the remainder of the record in this matter. Being fully informed, the Court ORDERS the Clerk of Court to issue the Writ of Garnishment submitted by Plaintiffs' counsel on March 20, 2024. *See* Dkt. No. 1-2.

Dated this 25th day of April, 2024.

*Lauren King*

Lauren King
United States District Judge